UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES CHRISTIAN SERNA,                       )       Case No. EDCV 14-0655-BRO (JEM)
                                             )
                         Petitioner,         )
                                             )       **J U D G M E N T**
              v.                             )
                                             )
SCOTT FRAUENHEIM, Warden,                    )
                                             )
                         Respondent.         )
_____          )

     In accordance with the Order Accepting Findings and Recommendations of United

States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.


DATED:  May 27, 2015

                                             _____
                                                     BEVERLY REID O'CONNELL
                                                  UNITED STATES DISTRICT JUDGE